UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| SAMET DOYDUK #A207777576 | CIVIL ACTION NO. 24-cv-150 |
| VERSUS | JUDGE EDWARDS |
| ALEJANDRO MAYORKAS ET AL | MAG. JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 5), and after a de novo review of the record, no written objections having been filed, and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (R. Doc. 4) is **DENIED**.

THUS ORDERED AND SIGNED in Chambers this 29th day of May, 2024.

_____
JUDGE JERRY EDWARDS, JR.
UNITED STATES DISTRICT COURT